**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Cr. No. 10-517 (WHW) |
| FRANCESCO GUARRACI AND MICHAEL NOBILE | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

It is, on this 30th day of December, 2010:

ORDERED that defendant Michael Nobile's pre-trial motions will be due on January 13, 2011.

**s/ William H. Walls**

United States Senior District Judge
