UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable William H. Walls |
| v. | : | Criminal Case No.: 10-517 (WHW) |
| MICHAEL NOBILE | : | Consent Order Amending Conditions of Release |

IT IS HEREBY ORDERED, on the application of Scott E. Leemon, Esq., counsel for the defendant, with the consent of the Government, by and through AUSA Jonathan Romankow, and US Pre-trial Services by Gary Pettiford, that the home detention aspect of the defendant's release are hereby amended and converted to a curfew with Electronic Monitoring. Mr. Nobile will be required to be home during the hours of 11pm through 6am on a daily basis, unless otherwise approved by Pre-trial Services. He will be free to leave his home from 6am through 11pm.

All other conditions of bail remain in effect.

Consented to:

_____        _____        _____
AUSA Jonathan Romankow           Gary Pettiford                   Scott E. Leemon, Esq.
Attorney for USA                 US Pre-trial Services            Attorney for Michael Nobile

SO ORDERED:

March 30, 2011                    _____
Newark, NJ                        HONORABLE William H. Walls
                                  United States District Judge