UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable William H. Walls |
| v. | : | Criminal Case No.: 10-517 (WHW) |
| MICHAEL NOBILE | : | Consent Order Amending Conditions of Release |

IT IS HEREBY ORDERED, on the application of Scott E. Leemon, Esq., counsel for the defendant, with the consent of the Government, by and through AUSA Jonathan Romankow that the home detention aspect of the defendant's release is hereby removed.

Consented to:

_____
AUSA Jonathan Romankow
Attorney for USA

_____
Scott E. Leemon, Esq.
Attorney for Michael Nobile

SO ORDERED:

July 26, 2011
Newark, NJ

_____
HONORABLE William H. Walls
United States District Judge